SIMS *v.* THE STATE.

CANDLER, J. 1. It appears that the alleged improper statement by the solicitor-general in his argument to the jury was, so far as it affected the accused, merely an assertion of a conclusion which was fairly inferable from the evidence; and it was therefore not error to refuse to grant a mistrial because of such statement.

2. The evidence warranted the conviction of the accused, and the motion for a new trial was properly overruled.

*Judgment affirmed. All the Justices concur.*

Argued October 20, — Decided October 29, 1903.

Indictment for keeping policy lottery. Before Judge Seabrook. Chatham superior court. August 1, 1903.

*Robert L. Colding,* for plaintiff in error.

*W. W. Osborne, solicitor-general,* and *D. J. Charlton,* contra.